DISTRICT COURT OF NEW HAMPSHIRE - FEDERAL COURT

Natalie Anderson, Andre Bisasor;
Plaintiffs
v.
Patrick Donovan,
New Hampshire Supreme Court,
New Hampshire Rules Advisory Committee,
New Hampshire Professional Conduct Committee,
Lorrie Platt;
Defendants

Case #: 22-CV-264

**PLAINTIFFS' EMERGENCY MOTION FOR TRO- SUPPLEMENT TO MOTION FOR INJUNCTIVE RELIEF**

1. NOW COME the Plaintiffs and hereby moves this court to issue an immediate TRO pursuant to the emergency motion for injunctive relief filed today.
2. The NH supreme court has denied a motion to stay proceedings pending ruling by the federal court. This is true to form based on the bias and hostility of the NHSC. NB: This ruling again was made by Justice Donovan.
3. The NHSC intends to dismiss the appeal by tomorrow.
4. The NHSC intends to destroy records by tomorrow.
5. This will make this federal complaint and motion for preliminary injunction largely moot.
6. The plaintiffs asked the court to issue a TRO temporarily to ensure the status quo until this court can fully review and decide these matters.
7. Please grant this relief or such other relief as may be just and equitable.

Respectfully submitted by:

/s/andre bisasor
Plaintiff Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
Tel. 781-492-5675
Email: quickquantum@aol.com

/s/Natalie Anderson
Plaintiff Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
Tel. 617-710-7093
Email: liberty_6@msn.com

July 20, 2022