UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO: 1:22-cv-00264-SE

NATALIE ANDERSON, et. al.
Plaintiffs,
V.
PATRICK DONOVAN et. al.
Defendants.

# **STATUS REPORT**

NOW COMES the Plaintiffs, Natalie Anderson and Andre Bisasor, and respectfully submit this status report as follows.

1. The court has issued an order on November 10, 2022, instructing the plaintiffs to file a status report showing that they have not abandoned their claims.
2. The plaintiffs have not abandoned their claims or this case.
3. Moreover, the plaintiffs have not failed to comply with any orders of this Court.
4. The plaintiffs intend to move forward with this litigation.
5. Grounds supporting this status report are shown below.
6. We had communicated with the case manager clerk regarding the case, from early on, and it was our understanding, per the case manager clerk's email on August 22, 2022, that there was not anything for us to do until we heard from the court.
    a. On August 19, 2022, the plaintiffs wrote: "Dear Mr. Negron, I am a plaintiff in the Anderson v Donovan case. I would like to know if there are any deadlines that I should be aware of for this case. Thanks Natalie Anderson".
    b. The case manager clerk then stated: "Ms. Anderson, No deadlines are pending in this case. Currently, the case has been referred to the Magistrate Judge for preliminary review. Upon completion of preliminary review, an order will issue. When that happens, you will be notified by mail. Thank you, Vincent."
    c. See **Exhibit 1** for email chain with the case manager clerk.
    d. Therefore, the above confirms that we reached out, early on, to the court case clerk about any deadlines (including for service), but the case clerk said there was nothing we needed to do, because of certain procedural requirements pertaining to the processing of a complaint when the plaintiff is pro se. We were told we would be informed at a later time what deadlines there are (which we assumed included deadline for service), but until then we would have to wait, or something to that effect. We then looked at the local rules of the court to see if we could find confirmation of what the case clerk said, and it did appear to us that this was how things worked in the federal court with respect to pro se cases.
    e. See Local Rule 4.3(d)((3)(The clerk's office shall forward initial filings, including actions removed by a pro se defendant, to the magistrate judge for preliminary review to determine whether the court has subject matter jurisdiction), and see also Local Rule 4.1(For those cases subject to preliminary review pursuant to LR 4.3(d)(1), (2) and (4), the court shall not issue a summons for service and a notice of lawsuit/request for waiver of service of summons shall not be sent to any party until the preliminary review has been completed and service has been ordered.).

f. Apparently, after further review, we recently realized that there may be a caveat that does not apply the above carve out of the local rules to our case. So, it seems that both the case clerk and us were confused by the technical rules here.
g. NB: It was also our understanding that we cannot simply issue service ourselves because we have to receive certified summons for service from the federal court before service can be issued.

7. So, the above facts provide the reasons why we have not filed anything else in the court, as we believed (or were led to believe) that we should await further instruction from the court first before proceeding further with our case. It is certainly not because we have abandoned the case.
8. To our surprise, on November 10, 2022, this court issued an order instructing us to show why the court should not conclude that we have abandoned the case, and to do so by filing a status report by or before December 9, 2022.[1] NB: We only recently received notice of this order in the mail (since we have not yet been approved, by the court, for electronic notification and filing).
9. As a result, we realize that there was some kind of misunderstanding or miscommunication with the case manager clerk. As per his August 22, 2022, email, we thought we were supposed to wait to hear from the court before doing anything further.
10. Also, the last filing we made to this court, seeking permission for us to electronically file in the case, was rejected by the judge because Natalie Anderson's signature was not on it, which was an inadvertent oversight by us. [NB: Even so, it seems that at least Andre Bisasor should have been allowed e-filing since his signature was on it, but he was not allowed either.]. Because we were not allowed e-filing, we were impeded from further filings in the case as we do not live in NH and travel to Concord NH is extremely costly and inconvenient for us. Thus, after recent consultation with the case manager clerk about this, we are also now re-filing the motion for permission for e-filing, via email provided with permission from the case manager court clerk.
11. Also, we intend to file an amended complaint. New developments have occurred since the filing of the complaint in this case. There are new acts by the defendants that have occurred that are relevant to the matters before this court. We could seek to file a new lawsuit regarding these new facts or acts by the defendants. However, we figured that for judicial economy reasons, it would be best brought to the attention of this court, via an amended complaint.
12. We also recently spoke to the case clerk about this, and he confirmed that we can go ahead and submit an amended complaint, along with a filled-out summons, without first filing a motion to amend the complaint (since there are no defendants served as yet). Thus, we will then seek to amend the complaint and then finalize obtaining certified summons from the court in order to complete service of the amended complaint and summons on the defendants, in coordination with the court clerk's office.
13. We ask for 30 days, from the date of the court's ruling in response to this status report, to complete amendment of the complaint and to file it with the court, especially in taking into account the upcoming Christmas and New Year holidays. We are also in the process of seeking legal assistance and/or representation, if possible, to assist in this matter and/or to

[1] NB: A few days before the court issued this order, the case clerk emailed us also informing us that a summons was missing from our case and that we should endeavor to file a completed summons should we want the defendants to be served.

help with amending the complaint, and so 30 days will allow time for that as well, including consideration of the holidays.

14. Please consider this status report and grant any appropriate relief requested or otherwise.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

December 9, 2022

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

# Re: Anderson et al v. Donovan et al

Liberty _6 <liberty_6@msn.com>
Wed 12/7/2022 3:08 PM
To: Vincent Negron <Vincent_Negron@nhd.uscourts.gov>

Great, we will file both the status report due and the motion for efiling on December 9, 2022 using the email you provided below.
Thank you so much.
Natalie

---

**From:** Vincent Negron <Vincent_Negron@nhd.uscourts.gov>
**Sent:** Tuesday, December 6, 2022 2:49 PM
**To:** Liberty _6 <liberty_6@msn.com>
**Subject:** RE: Anderson et al v. Donovan et al

You can email your filings to ecfintake@nhd.uscourts.gov.

Thank you,

*Vincent L. Negron*
Case Manager
United States District Court
55 Pleasant Street
Concord, NH 03301
603-226-7733
vincent_negron@nhd.uscourts.gov

---

**From:** Liberty _6 <liberty_6@msn.com>
**Sent:** Tuesday, December 6, 2022 2:20 PM
**To:** Vincent Negron <Vincent_Negron@nhd.uscourts.gov>
**Subject:** Re: Anderson et al v. Donovan et al

**CAUTION - EXTERNAL:**

Dear Vincent,

I am following up on the below. I was of the understanding, per your below email on 8-22-22, that there was not anything for us to do until we hear from the court.

However, I recently received notice of an order from the judge asking to show why we haven't abandoned the case by or before December 9. As a result, I am a bit confused. I thought we were supposed to wait to hear from the court before doing anything further. I assume this some kind of misunderstanding or miscommunication.

Also, the last filing made seeking permission for us to electronically file in the case was rejected by the judge because my signature was not on it, which was an oversight. NB: Even so, it seems that at least my spouse should have been allowed e-filing since his signature was on it but he was not allowed either.

Given the above recent developments, we intend to comply with the judge's order by or before December 9. However, because we were not allowed efiling, we need to re-file the motion for permission for efiling. We do not live in NH and travel to Concord NH is extremely costly and inconvenient for us. Therefore, would it be possible for us to send you the motion for efiling by email and you present it to the judge on this one occasion, so that we can obtain efiling status in order to file our status report on time?

Look forward to your reply.

Thanks,
Natalie Anderson

Sincerely,
Natalie

---

**From:** Vincent Negron <Vincent_Negron@nhd.uscourts.gov>
**Sent:** Monday, August 22, 2022 11:50 AM
**To:** Liberty _6 <Liberty_6@msn.com>
**Subject:** RE: Anderson et al v. Donovan et al

Ms. Anderson,

No deadlines are pending in this case. Currently, the case has been referred to the Magistrate Judge for preliminary review. Upon completion of preliminary review, an order will issue. When that happens, you will be notified by mail.

Thank you,
Vincent

---

**From:** Liberty _6 <Liberty_6@msn.com>
**Sent:** Friday, August 19, 2022 4:59 PM
**To:** Vincent Negron <Vincent_Negron@nhd.uscourts.gov>
**Subject:** Re: Anderson et al v. Donovan et al

**CAUTION - EXTERNAL:**

Dear Mr. Negron,

I am a plaintiff in the Anderson v Donovan case.

I would like to know if there are any deadlines that I should be aware of for this case.

Thanks
Natalie Anderson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.