UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO: 1:22-cv-00264-SE

NATALIE ANDERSON, et. al.
Plaintiffs,

V.

PATRICK DONOVAN et. al.
Defendants.

**PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING**

NOW COMES the Plaintiffs, Natalie Anderson and Andre Bisasor, appearing pro se (hereafter "Pro Se Litigants"), and respectfully request that the court permit said Pro Se Litigants to participate in electronic filing. In support of this motion, Pro Se Litigants state the following:

1. Pro Se Litigants are presently named parties in the above case.
2. Pro Se Litigants are not presently incarcerated.
3. Pro Se Litigants represent that they have the appropriate computer system requirements to participate in electronic filing.
4. Pro Se Litigants require electronic access in order to participate fully in the case and in a timely manner.
5. Pro Se Litigants do not reside in the state of NH and are located in another state, at a far physical distance from the court
6. Please grant the relief requested.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

December 9, 2022

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the defendants in this case.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com