UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO: 1:22-cv-00264-SE

NATALIE ANDERSON, et. al.
Plaintiffs,

V.

PATRICK DONOVAN et. al.
Defendants

**MOTION FOR EXTENSION OF TIME PURSUANT TO THE COURT'S 12-12-22 ORDER**

1. The court issued an order on 12/12/22 stating that the plaintiffs may file an amended complaint on or before January 11, 2023.
2. However, due to certain developments, the plaintiffs need an extension of time to file an amended complaint until April 1, 2023.
3. The grounds are as follows.
4. First, in their 12-9-22 status report, the plaintiffs had indicated a need to obtain legal assistance regarding the amendment of the complaint. However, due to the intervening holidays, this has been impeded. NB: In our endeavor to be conservative, we asked only for 30 days. In hindsight, the plaintiffs should have requested more time upfront.
5. Second, due to developments with his health situation, plaintiff Bisasor has several important medical appointments and procedures during the month of January and February relating to the need to address serious medical issues[1]. Consequently, his ability to fully and properly prosecute this case will be impeded, over the next 3 months.[2]
6. Plaintiff Bisasor anticipates completion of procedures, treatment and recovery by late March.
7. The plaintiffs ask for an extension of the time to file an amended complaint until April 1, 2023.
8. This will allow time for Plaintiff Bisasor to address his medical issues and be in better health. It will also allow adequate time to obtain proper legal assistance or representation regarding the substantial and complex matters involved in this case.
9. The plaintiffs ask that this request be granted, or any relief deemed just and proper.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

Dated: 1-9-23

[1] If the court would like to see medical documentation, plaintiff Bisasor could provide such to the court. However, the plaintiffs ask for the impoundment/sealing of this information to be allowed because of the further private medical information that would be included.

[2] NB: Plaintiff Anderson will also be his main caretaker during this period.