UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO: 1:22-cv-00264-SE

NATALIE ANDERSON, et. al.
Plaintiffs,

V.

PATRICK DONOVAN et. al.
Defendants

**FINAL MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

1. The plaintiffs requested until April 1, 2023 to file an amended complaint, which was allowed by the court.
2. However, due to certain developments/complications with the plaintiff's post-surgery medical situation, the plaintiffs need a final extension of time of 45 more days to file an amended complaint until May 15, 2023.
3. The grounds are as follows.
4. As mentioned previously, Plaintiff Bisasor (who is critical to the prosecution of this case) had several important medical appointments and procedures to address serious medical issues[1], including required recovery and healing time, and thus, consequently, his ability to fully and properly prosecute this case would be impeded.
5. However, due to certain complications regarding his post-surgery medical situation, Plaintiff Bisasor was not able to resume prosecution of this case[2] in a manner timely enough to meet the previously requested timeline of April 1, 2023. Hence, in light of the above and with the additional several medical appointments, testing and hospital visits scheduled post-surgery and with all of backlog of the issues built up since the previous motion, the plaintiffs underestimated the total time needed to meet the deadline of filing the amended complaint and now requests a final extension of 45 more days.
6. The plaintiffs do not intend to ask for another extension of time to file the amended complaint, if this motion is granted.
7. The plaintiffs ask that this request be granted, or any relief deemed just and proper.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

Dated: 3-29-23

[1] If necessary, medical documentation for plaintiff Bisasor could be provided to the court (subject to allowance of the impoundment/sealing of this information because of the private medical information that would be included). NB. Plaintiff Anderson is the sole caretaker for Plaintiff Bisasor during this time.

[2] Similarly, due to the attendant medical complications mentioned, the plaintiffs have also been stymied in obtaining proper legal assistance or representation regarding the substantial and complex matters involved in this case.