UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO: 1:22-cv-00264-SE

NATALIE ANDERSON, et. al.
Plaintiffs,

V.

PATRICK DONOVAN et. al.
Defendants

# MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

1. The plaintiffs requested until May 15, 2023, to file an amended complaint due to certain issues related to Plaintiff Bisasor's medical situation, which was allowed by the court.
2. However, due to certain developments with the defendants, the plaintiffs need a final extension of time of 45 more days to file an amended complaint until June 30, 2023.
3. The grounds are as follows.
4. There are new developments with the defendants. This includes a public hearing of the NH advisory rules committee (which is also a defendant in this case) that has been scheduled for June 2, 2023 (to be presided over also by Defendant Patrick Donovan), where some of the matters that are related to the complaint are on the agenda to be discussed directly. The plaintiffs may also be allowed to speak at that public hearing. See attached **Exhibit 1**.
5. Depending on the outcome of that public hearing, certain facts to be articulated in any to be amended complaint may be impacted.
6. The plaintiffs believe it is in the interest of judicial economy to wait until this public hearing before filing an amended complaint. Certain claims or the presentation of certain claims may be affected by this public hearing and its aftermath.
7. Similarly, without first being able to attend this public hearing and then to address the facts that flow therefrom, the plaintiffs believe their ability to effectively amend the complaint, and to properly prosecute this case, would be impeded.
8. The plaintiffs need the extra time to allow for the public hearing to occur, and to know the outcome thereof, and to process the implication thereof, including with the assistance of any legal counsel that plaintiffs may be able to seek or obtain.
9. This will be the final request for an extension of time to file an amended complaint, if this motion is granted.
10. The plaintiffs ask that this request be granted, or any relief deemed just and proper.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

Dated: 5-12-23

# **Exhibit 1**

**NEW HAMPSHIRE SUPREME COURT ADVISORY COMMITTEE ON RULES**

**PUBLIC HEARING NOTICE**

The New Hampshire Supreme Court Advisory Committee on Rules will hold a PUBLIC HEARING at **12:30 p.m. on Friday, June 2, 2023** at the Supreme Court Building on Charles Doe Drive in Concord, to receive the views of any member of the public, the bench, or the bar as the Committee considers whether to recommend that the Supreme Court adopt proposed amendments to several court rules.

Written comments on any of the proposed amendments must be submitted to the secretary of the Committee no later than **May 16, 2023**. Comments may be emailed to the Committee on or before **May 16, 2023** at:

rulescomment@courts.state.nh.us

Comments may also be mailed or delivered to the Committee at the following address by **May 16, 2023**:

N.H. Supreme Court
Advisory Committee on Rules
1 Charles Doe Drive
Concord, NH 03301

Any suggestions for rule amendments other than those set forth below may be submitted in writing to the secretary of the Committee for consideration by the Committee in the future.

**ANY PERSON WHO WISHES TO ATTEND THE JUNE 2, 2023 PUBLIC HEARING REMOTELY SHOULD NOTIFY THE CLERK OF COURT AS FAR IN ADVANCE AS POSSIBLE SO THAT THE REQUIRED EQUIPMENT CAN BE AVAILABLE.**