UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA }
}
v. } 1:21-cr-00088-PB
}
COREY DONOVAN }

DEFENDANT'S EXHIBIT LIST

Defendant's exhibits include the following:

A.  March 24, 2021 Application for warrant

B.  March 24, 2021 Warrant issued

C.  March 26, 2021 Application for extension of warrant attested to at 1:19 pm.

D.  March 26, 2021 Warrant issued at 1:20 pm.

E.  Photograph of warrant left at residence at

F.  Photograph of Jeep from rear with door open

G.  Photograph of Jeep from front with door open

H.  Photograph of interior console of Jeep at 11:38 am

I.  Photograph of interior of console of Jeep at 1:39 pm

J.  Photograph of shotgun strapped to roll bar at 1:38 pm

K.  Photograph of shotgun at 1:39 pm.

L.  Photograph of Tilton Dispatch Log

M.  Caitlin Fillion Belknap Mittimus for Felony Theft by Unauthorized Taking 2015

N.  Caitlin Fillion Grafton Mittimus for Theft by Unauthorized Taking with two priors 2017.

Respectfully submitted,

COREY DONOVAN

Date: September 23, 2021                    by:     /s/ Matthew G. Stachowske
                                                    Matthew G. Stachowske (#15609)
                                                    Stachowske Law, PLLC
                                                    634 Central Ave
                                                    Dover, NH 03820
                                                    O: 343-1842
                                                    C: 770-9045
                                                    mstachowske@outlook.com


CERTIFICATE OF SERVICE

I, Matthew G. Stachowske, hereby certify that I have mailed a copy of the within Defendant's Exhibit List to Assistant United States Attorney Anna Krasinski, via the court's ECF facilities on today's date.

/s/ Matthew G. Stachowske