# United States Court of Appeals
## For the First Circuit

No. 25-1348

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; MAKE THE ROAD NEW YORK,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States, in the official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in the official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of the U.S. Department of State; U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in the official capacity as Secretary of the U.S. Department of Agriculture; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants - Appellants.

**MANDATE**

Entered: November 25, 2025

In accordance with the judgment of October 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Joseph N. Laplante, Tracy Uhrin, Clerk, United States District Court for the District of New Hampshire, DeAnna Allen, Spencer Elijah Wittmann Amdur, Andrew Bailey, Anna Marks Baldwin, Nachiketa Baru, Brendan Colin Benedict, Brenna Bird, Gilles R. Bissonnette, Derek Edwin Brown, Ashley Michelle Burrell, Elizabeth Grace Caldwell, Adam N. Cederbaum, Robert Seungchul Chang, Indra Neel Chatterjee, Lori Chen, Grace Choi, Matt A. Crapo, Ari Cuenin,

Jeffrey T. Dana, Gentner F. Drummond, Chester S. Dubov, Chelsea Eddy, Drew C. Ensign, Morenike Fajana, Wendy Mengwen Feng, Lynn Fitch, Mark R. Freeman, Carol J. Garvan, Lee Gelernt, Brianne J. Gorod, Tim Griffin, John Matthew Guard, Tsion Gurmu, Jonathan Hacker, Aristides Hadjipanteli, Zachary Heiden, Michael T. Hilgers, Bridget Hill, Bradley Hinshelwood, Morgan Elle Humphrey, Marty Jackley, Omar C. Jadwat, Douglas Jensen, Kristen Adrina Johnson, Stephen Kang, Richard B. Kendall, SangYeob Kim, Henry R. Klementowicz, Austin Knudsen, Kris Kobach, Raul R. Labrador, Adriana Lafaille, Danielle Marie Lang, Melissa Lee, Richard J. Lehmann, Jessica Levin, Bethany Yue Ping Li, Douglas Edward Lieb, Erinma Man, Steve Marshall, Eric Dean McArthur, Susan McMahon, Caroline Meade, Jonathan Benjamin Miller, Jeremiah Morgan, Elizabeth B. Murrill, Ayomide Odunsi, William J. Olson, James J. Pastore Jr., Henry C. Quillen, Theodore E. Rokita, Alan Seewald, Hannah Schoen Steinberg, Judd E. Stone II, Sharon Swingle, Stephanie De Marisco Thomas, Natalie Tsang, Jonathan Weinberg, Derek Weiss, Alan Wilson, Cody H. Wofsy, Owen Richard Wolfe, Drew H. Wrigley, Noor Zafar